# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| JEFFREY ALLEN BUNCH, ) | |
| Register No. 187746, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-4204-CV-C-NKL |
| ) | |
| STEVE LONG, et al., ) | |
| ) | |
| Defendant. ) | |

## ORDER

On October 12, 2006, the United States Magistrate Judge recommended that plaintiff's motion for interim relief be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

A de novo review of the record, including the exceptions filed by plaintiff on October 30, 2006, convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

In his motion, plaintiff indicates he is confined in administrative segregation and has no physical access to the law library. He asserts that the weekly restriction of five items per week from the law library denies him meaningful access to the courts. He indicates the librarian refused to Shepardize 37 cases for him. In his 17-page exceptions, plaintiff cites 23 cases and requests interim relief exempting him from the institution's restrictions. He wants to be permitted 50 items per week and the loan of a legal manual for the duration of this litigation or until he can find legal counsel.

The sheer volume of pleadings containing legal theory and case citations belie plaintiff's assertion that he does not have adequate access to legal materials. Further, he has not shown the "balance of equities so favors the movant that justice requires the court to intervene to preserve the status quo until the merits are determined." Dataphase Systems, Inc. v. C.L. Systems, Inc., 640 F.2d 109, 113 (8th Cir. 1981).

IT IS, THEREFORE, ORDERED that the Magistrate Judge's Report and Recommendation of October 12, 2006, is adopted [9]. It is further

ORDERED that plaintiff's motion for interim relief is denied [6].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: December 15, 2006
Jefferson City, Missouri

2