IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| JEFFREY ALLEN BUNCH, | ) | |
| Register No. 187746, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-4204-CV-C-NKL |
| | ) | |
| STEVE LONG, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On June 20, 2007, Magistrate Judge William A. Knox recommended that plaintiff's motion for preliminary injunctive relief related to his access to the law library and legal materials at Jefferson City Correctional Center be denied as moot. On July 11, 2007, Judge Knox recommended that defendants' motion to dismiss be denied, without prejudice. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed, even though plaintiff was granted an extension of time until July 23, 2007, to file exceptions to the June 20, 2007 recommendation.

A review of the record convinces the court that the recommendations of the Magistrate Judge are correct and should be adopted.

IT IS, THEREFORE, ORDERED that the recommendations of June 20 and July 11, 2007, are adopted. [30, 32] It is further

ORDERED that defendants' motion to dismiss is denied, without prejudice. [19] It is further

ORDERED that plaintiff's motion for preliminary injunctive relief related to his access to the law library and legal materials at Jefferson City Correctional Center is denied as moot. [23]

/s/
NANETTE K. LAUGHREY
United States District Judge

Dated: August 17, 2007
Jefferson City, Missouri